IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR292 |
| | ) | |
| v. | ) | |
| | ) | |
| RAMON HUMBERTO GASPAR-HERNANDEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion (filing no. 56) to voluntarily dismiss filing no. 50, his "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a person in Federal Custody" (§ 2255).  The motion is granted and defendant's § 2255 motion is dismissed without prejudice.

IT IS ORDERED:

1. That defendant's motion to dismiss his § 2255 motion (filing no. 56) is granted; and

2. The Clerk of Court is directed to send a copy of this Memorandum and Order to defendant at his last-known address.

DATED this 6th day of February, 2007.

BY THE COURT:


s/Joseph F. Bataillon
Chief United States District Judge